# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MURPHY R. KITTRELL, JR. and<br>BARBARA C. KITTRELL,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No. 4:22-bk-01130-BMW |
| CAROL THEISEN and NITIN "BOBBY" PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>MURPHY R. KITTRELL, JR. and<br>BARBARA C. KITTRELL,<br><br>Defendants. | Adversary Case No. 4:22-ap-00123-BMW<br><br>**JUDGMENT** |

This adversary proceeding was commenced by Carol Theisen and Nitin "Bobby" Patel, who filed a complaint seeking to deny Murphy R. Kittrell, Jr. and Barbara C. Kittrell (collectively, the "Debtors") a discharge. After conducting an evidentiary hearing, with post-trial briefing by the parties, the Court issued its *Memorandum Decision* (the "Memorandum Decision") (DE 100) on September 5, 2025. For the reasons set forth in the Memorandum Decision;

**IT IS HEREBY ORDERED** denying the Debtors a discharge pursuant to 11 U.S.C. § 727(a)(4)(A).

**DATED AND SIGNED ABOVE.**